Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS






GALAXY HOMES, A Texas General

Partnership Composed of Issa Khlayel

and Ahamad Ikhlail, and IKAI, LLC d/b/a

GALAXY HOMES,


 Appellants,


v.


CASTOR SERVICES, INC.,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 §


 § 





No. 08-08-00300-CV



Appeal from the


34th District Court

of El Paso County, Texas


(TC# 2006-783)




MEMORANDUM OPINION



 Pending before the Court is the joint motion of Appellants, Galaxy Homes, a Texas General
Partnership Composed of Issa Khlayel and Ahamad Ikhlail, and IKAI, LLC d/b/a Galaxy Homes,

and Appellee, Castor Services, Inc., to dismiss this appeal pursuant to Tex. R. App. P. 42.1 because

the parties have settled all matters in controversy. We grant the motion and dismiss the appeal with
prejudice. Pursuant to the parties' agreement, we assess costs against the party incurring same. See
Tex.R.App.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).


September 30, 2009 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Rivera, JJ.